UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Vincent C. Donovan

Petitioner,

v.

ORDER
Civil No. 00-2774 MJD/ESS

Janet Reno, Attorney General,
And Robert Mundt, Warden,

Respondents.

---

This matter is before the Court upon Petitioner's motion for reconsideration of this Court's Order dated December 12, 2001, which ordered Petitioner to make an initial partial filing fee, and a monthly payment of $10.00 until the entire appellate filing fee is made.

In Malave v. Hedrick, 271 F.3d 1139, 1140 (8th Cir. 2001) the Eighth Circuit held that the PLRA's filing fee provisions are inapplicable to habeas corpus actions. Accordingly, this Court's Order dated December 12, 2001 is vacated, and any partial filing paid shall be returned to Petitioner. See, Carmona v. Minnesota, 2002 WL 54679 (8th Cir. 2002).

Date: 7-15-02

Michael J. Davis
United States District Court

FILED 7-16-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK